IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONALD DUROS,

                              Plaintiff,

          vs.

THE NEBRASKA MEDICAL CENTER,
and CLARKSON REGIONAL HEALTH
SERVICES, INC.,

                              Defendants.

**8:16CV220**

**ORDER OF DISMISSAL**

This matter is before Court on the parties' Joint Stipulation of Dismissal Without Prejudice (Filing No. 20) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court finds the joint motion complies with Rule 41(a) and should be approved. The above-captioned action will be dismissed without prejudice, and each party will bear their own attorney fees and costs.

IT IS ORDERED:

1.   The parties' Joint Stipulation of Dismissal Without Prejudice (Filing No. 20) is approved.

2.   The above-captioned action is dismissed without prejudice.

3.   The Court will not assess attorney fees and costs.

4.   Defendants' pending Motion to Dismiss Plaintiff's Complaint (Filing No. 14) pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) is DENIED as moot.

Dated this 25th day of July, 2016.

                                        BY THE COURT:

                                        s/ *Robert F. Rossiter, Jr.*
                                        United States District Judge